# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EVANGELINE TREVINO, et al.,

    Plaintiff(s),

v.

BLUEGREEN VACATIONS UNLIMITED, INC., et al.,

    Defendant(s).

Case No.: 2:19-cv-00445-GMN-NJK

**Order**

[Docket No. 16]

Pending before the Court is attorney Christopher Burk's motion to withdraw as counsel for Plaintiffs. Docket No. 16. Mr. Burk was ordered to file a supplement fully explaining the circumstances giving rise to his motion. *See* Docket No. 17 at 1. In violation of that order, no such supplement was filed.[1] Accordingly, the motion to withdraw is hereby **DENIED** and the hearing set on the motion is **VACATED**. <u>Mr. Burk is advised that he must diligently pursue this case on Plaintiffs' behalf.</u> The Clerk's Office is **INSTRUCTED** to mail a copy of this order on Plaintiffs at their address at Docket No. 16.

IT IS SO ORDERED.

Dated: June 17, 2019

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge

---

[1] Mr. Burk did file a supplement in a parallel case. *See Mejia v. Westgate Las Vegas Resorts, LLC*, Case No. 2:18-cv-02128-GMN-NJK, Docket No. 38 (D. Nev. June 11, 2019). In an order issued concurrently herewith, the Court is denying the motion to withdraw in that case because an insufficient showing has been made that withdrawal should be allowed.

1